UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CARLITA McCRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-48 |
| ) | |
| JAMES STRAIT and TJ EXPRESS, LLP, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the court on the Stipulation to Dismiss With Prejudice [DE 28] filed by the parties on May 14, 2024. The court, being duly advised, hereby **GRANTS** the Stipulation [DE 28] and **DISMISSES** this cause **WITH PREJUDICE**. This case is now closed.

ENTERED this 14th day of May, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge